**GONGYI YANG, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 11–73546.**

United States Court of Appeals, Ninth Circuit.

Submitted April 16, 2013.*

Filed April 22, 2013.

Dixon Wong, Esquire, Counsel, Law Offices of Dixon Wong, Pasadena, CA, for Petitioner.

Catherine B. Bye, Trial, OIL, DOJ–U.S. Department of Justice, Washington, DC Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: CANBY, IKUTA, and WATFORD, Circuit Judges.

MEMORANDUM **

Gongyi Yang, a native and citizen of China, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence and will uphold the agency's decision unless

the evidence compels a contrary conclusion. *Zehatye v. Gonzales,* 453 F.3d 1182, 1184–85 (9th Cir.2006). We deny the petition for review.

Yang concedes on appeal that he did not suffer past persecution, but argues he will be persecuted in the future because he mailed religious materials to his parents. The record does not compel the conclusion that Yang established a well-founded fear of persecution. *See Nagoulko v. INS,* 333 F.3d 1012, 1018 (9th Cir.2003) (possibility of future persecution too speculative); *Prasad v. INS,* 47 F.3d 336, 340 (9th Cir. 1995). Accordingly, Yang's asylum claim fails.

Because Yang failed to establish eligibility for asylum, he necessarily failed to meet the more stringent standard for withholding of removal. *See Zehatye,* 453 F.3d at 1190.

**PETITION FOR REVIEW DENIED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.